# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA<br><br>  v.<br><br>INDIAN HARBOR INSURANCE COMPANY | CIVIL ACTION<br><br>NO.  16-1464 |

## ORDER

**Baylson, J.**                                                                                                                             **June 23, 2016**

**AND NOW**, this 23rd day of June, 2016, upon review of Defendant's Motion to Dismiss (ECF 8) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*

---

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-cv-1464 Selective Insurance v. Indian Harbor Insurance\16-cv-1464 order re MTD.docx